

JUL 2 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:10-MJ- 00192 GSA |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| RUPERTO ALONZO LOPEZ-BUSTILLOS,) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on July 26, 2010 to Time Served,

IT IS HEREBY ORDERED that the defendant shall therefore be released to a United States Immigration and Customs Officer. A certified Judgment and Commitment order to follow.

DATED: ___July 26, 2010_____

DENNIS L. BECK
United States Magistrate Judge

9/26/96 exonbnd.frm

1